UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SUNTRUST BANK,

    Plaintiff,

 v.            Case No. 08-C-982

M/Y LATTE DAH, (Official No. 1174782),
her boats, tackle, apparel, furniture, engines
and appurtenances, *in rem*

and

DAVID K. MOSER and TRACY L. MOSER,
*in personam*
    Defendants.

---

**ORDER APPROVING PUBLICATION OF ARREST NOTICE AND SETTING DEADLINE TO FILE STATEMENTS OF RIGHT OR INTEREST**

---

  AND NOW, upon review of Plaintiff's Motion for an Order for an Order approving the publication of an arrest notice pursuant to Supplemental Admiralty Rule C(4) and Civil L.R. 100.7 and setting the deadline for the filing of statements of right or interest pursuant to Supplemental Admiralty Rule C(6)(a),

  **IT IS ORDERED** that any statement of right or interest shall be filed with the Clerk of Court by January 15, 2009, with an answer served within 20 days after the filing of said statement; otherwise default may be entered and condemnation ordered.

  **IT IS FURTHER ORDERED** that an arrest notice shall be published on December 30, 2008, in *The Daily Reporter*, in the form set forth below:

LEGAL NOTICE

In the U.S. District Court, Eastern District of Wisconsin

SunTrust Bank v. M/Y Latte Dah

Case No. 2:08-cv-982-WCG

Notice is given that the M/Y Latte Dah (Official No. 1174782) was arrested by the U.S. Marshal on December 8, 2008, to foreclose on a First Preferred Ship Mortgage. Any person claiming a right of possession or any interest in the vessel must file a verified statement of right or interest with the Clerk of Court by January 15, 2009, and serve an answer within 20 days after filing said statement; otherwise default may be entered and condemnation ordered. Plaintiff's counsel is Kathy L. Nusslock, Esq., Davis & Kuelthau, s.c., 111 E. Kilbourn Ave., Ste. 1400, Milwaukee, WI 53202.

Dated this 22nd day of December, 2008.

    s/ William C. Griesbach
    William C. Griesbach
    United States District Judge